**Joshua Barrett SHAPIRO, Plaintiff—Appellant,**

v.

**Paul LANTEIGNE, Defendant— Appellee.**

**No. 10–1152.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 22, 2010.

Decided: July 29, 2010.

Joshua Barrett Shapiro, Appellant Pro Se. Jeff W. Rosen, Pender & Coward, PC, Virginia Beach, Virginia, for Appellee.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Barrett Shapiro appeals the district court's order granting the Defendant's motion for summary judgment and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Shapiro v. Lanteigne*, No. 2:09–cv–00339–MSD–FBS (E.D.Va. Jan. 22, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*